IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAY

    Petitioner,                               No. CIV S-11-0056 GGH P

   vs.

RICHARD B. IVES,

    Respondent.                              <u>ORDER</u>

_____/

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.  Petitioner has also filed a motion requesting leave to file a memorandum of law, which is granted.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss, after petitioner files his memorandum of law.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within twenty-eight days from the date of this order, an

1

affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action;

      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;

      3. Petitioner's motion to file a memorandum (Doc. 2) is granted and he has twenty-eight days from the date of service of this order to file a memorandum in support of his petition.

      4. Respondent is directed to file an answer or a motion to dismiss within twenty-eight days after petitioner files his memorandum. If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

      5. Petitioner's traverse, if any, is due on or before twenty-eight days from the date respondent's answer is filed; an opposition to a motion to dismiss is due within twenty-eight days of service of the motion to dismiss;

      6. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED: March 3, 2011

      /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
day0056.2241