IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAY,

    Petitioner,                          No. CIV S-11-0056 GGH P

    vs.

RICHARD B. IVES,

    Respondent.                        ORDER

_____/

        Petitioner has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        On March 3, 2011, the undersigned granted petitioner's motion for leave to file a memorandum of law in support of his petition within twenty-eight days. The twenty-eight days has passed and petitioner has not filed his memorandum of law.

        Petitioner shall file a memorandum of law in support of his petitioner within fourteen days, or the petition will be dismissed without prejudice.

\\\\

\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Petitioner shall file a memorandum of law in support of his petition within fourteen days, or the petition will be dismissed without prejudice.

DATED: May 9, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
day0056.ord