IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAY,

    Petitioner,        No. CIV S-11-0056 GGH P

   vs.

RICHARD B. IVES,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. The issues are well articulated such that appointment of counsel will not be necessary for a fair adjudication.

        Accordingly, IT IS HEREBY ORDERED that petitioner's June 27, 2011 motion for appointment of counsel (Docket No. 11) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: July 5, 2011        /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp; day0056.110