IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAY,

    Petitioner,                        No. CIV S-11-0056 LKK GGH P

    vs.

RICHARD B. IVES,                    <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 31, 2012, the district judge assigned to this case did not adopt the findings and recommendations that respondent's motion to dismiss be granted and this case dismissed. Therefore, respondent shall file an answer to the petition within 28 days, and petitioner's traverse, if any, is due on or before 28 days from the date respondent's answer is filed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer within 28 days from the date of this order. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

\\\\\

1

2. Petitioner's traverse, if any, is due on or before 28 days from the date respondent's answer is filed.

DATED: February 27, 2012

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
day0056.ord3