IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DAY,

    Petitioner,                      No. 2:11-cv-0056 LKK GGH P

    vs.

RICHARD B. IVES,                    <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent answered the petition on March 26, 2012, though petitioner did not file a reply. In this action petitioner seeks the Bureau of Prisons (BOP) to re-evaluate his eligibility for one year off from his sentence due to petitioner's participation in a Residential Drug Abuse Program. However, it appears that petitioner was released from custody on June 29, 2012. Therefore, petitioner shall show cause within 14 days why this case should not be dismissed as moot as he has been released from custody.

\\\\\
\\\\\
\\\\\
\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within
2  14 days why this case should not be dismissed as moot as petitioner has been released from
3  custody.
4  DATED: July 18, 2012

                /s/ Gregory G. Hollows
                United States Magistrate Judge

GGH: AB
day0056.osc